UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
JOSEPH ANTHONY HARRIS, : 
       Debtor : CHAPTER 13
 : 
   JACK N. ZAHAROPOULOS : 
   STANDING CHAPTER 13 TRUSTEE : 
       Movant : CASE NO. 1:26-BK-00512-HWV
 : 
JOSEPH ANTHONY HARRIS, : 
       Respondent : 

<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

AND NOW, this 9th day of April 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor has access to non-exempt equity in the following:

     a.  Residential real estate. Trustee requests proof of the value of the Debtor(s) home as stated in his/her schedules.

2.      Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

     a.  The Plan is inconsistent with Proofs of Claim filed and/or approved by the Court. No proof of claim for M&T Mortgage arrears.

3.      The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan. (as to Resurgent Capital Servies re Ford F-150)

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R Roeder
Attorney for Trustee

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of April 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee