United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Joseph Anthony Harris
    Debtor

Case No. 26-00512-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 3

Date Rcvd: Apr 09, 2026            Form ID: ntcnfhrg            Total Noticed: 30

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Anthony Harris, 4404 Berkley St., Harrisburg, PA 17109-4303 |
| 5783527 | | Balboa Capital Corpora, 2010 Main St, Ste 1100, Irvine, CA 92614-8250 |
| 5783536 | + | Meadowbrook RV & Boat Storage, 110 Hershey Heights Rd, Hanover, PA 17331-8817 |
| 5783543 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5783525 | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 09 2026 18:50:21 | 06 Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5783526 | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 09 2026 18:54:26 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5785090 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 18:54:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5791648 | Email/PDF: bncnotices@becket-lee.com | Apr 09 2026 18:54:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5783528 | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 09 2026 18:50:21 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 5783529 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 18:54:31 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5786158 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2026 18:54:20 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5783530 | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2026 18:54:20 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5783541 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 09 2026 18:50:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5783531 | Email/Text: mrdiscen@discover.com | Apr 09 2026 18:50:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5783542 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2026 18:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5783532 | Email/Text: inchargehq@westcreekfin.com | Apr 09 2026 18:51:00 | Koalafi, Attn: Bankruptcy, PO Box 5518, Glen Allen, VA 23058-5518 |
| 5788848 | + Email/Text: inchargehq@westcreekfin.com | Apr 09 2026 18:51:00 | Koalafi, 424 Hull Street Suite 600, Richmond, VA 23224-4114 |
| 5783533 | Email/Text: Bkynotices@lendingpoint.com | Apr 09 2026 18:51:00 | Lendingpoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW Ste 200, Kennesaw, GA 30144-3612 |
| 5784325 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | Apr 09 2026 18:54:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 | |
| 5783534 + Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 18:54:26 | Lvnv Funding LLC, PO Box 10587, Greenville, SC 29603-0587 | |
| 5783535 Email/Text: camanagement@mtb.com | Apr 09 2026 18:51:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 | |
| 5783537 Email/PDF: cbp@omf.com | Apr 09 2026 18:54:20 | Onemain, PO Box 1010, Evansville, IN 47706-1010 | |
| 5783545 Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 18:51:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 | |
| 5788123 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2026 18:54:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 | |
| 5785185 Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2026 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 | |
| 5783538 + Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 18:54:20 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 | |
| 5783544 Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Apr 09 2026 18:50:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 | |
| 5784612 Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 09 2026 18:54:26 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 | |
| 5783539 Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Apr 09 2026 18:54:20 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 | |
| 5783540 Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 09 2026 18:54:20 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 | |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

John Matthew Hyams

    on behalf of Debtor 1 Joseph Anthony Harris jmh@johnhyamslaw.com
acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.best
case.com

Matthew K. Fissel

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Anthony Harris,                    Chapter         13

    **Debtor 1**

    Case No.         1:26−bk−00512−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 20, 2026<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2026 |

ntcnfhrg (08/21)