# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Joseph Anthony Harris | Case No. 1:26-bk-00512-HWV<br>Chapter 13 |
| LVNV Funding, LLC c/o Resurgent Capital Services, LP,<br>     Movant | |
| vs. | |
| Joseph Anthony Harris,<br>     Debtor | |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

LVNV Funding, LLC c/o Resurgent Capital Services, LP ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 12), and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 25, 2026.

2.      The Debtor filed a Chapter 13 Plan (the "Plan") on March 11, 2026 (Doc 12).

3.      Movant filed a Proof of Claim in this case on April 22, 2026 (Claim No. 19) which lists a total debt of $11,036.84.

4.      Movant objects to Debtor's proposed Chapter 13 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

5.      The Plan is based on paying Movant $4,741.00.   Movant disputes that the Property is only worth $4,741.00.

6.      The Plan proposes to pay only 3.25% interest which Movant maintains is

inadequate to assure that property distributed to Movant under the plan on account of its secured claim will have a value, as of the effective date of the plan, that is not less than the allowed amount of such claim.

7.    Movant objects to any plan which proposes to pay it anything less than $11,036.84 as the Total Debt over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Case 1:26-bk-00512-HWV    Doc 20    Filed 05/08/26    Entered 05/08/26 16:06:32    Desc
Main Document    Page 2 of 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>Joseph Anthony Harris<br><br>LVNV Funding, LLC c/o Resurgent Capital<br>Services, LP,<br>     Movant<br><br>vs.<br><br>Joseph Anthony Harris,<br>     Debtor | Case No. 1:26-bk-00512-HWV<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

John Matthew Hyams, Debtor's Attorney
Law Offices of John M. Hyams
1007 N. Front Street Suite 3 South
Harrisburg, PA 17102
jmh@johnhyamslaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

Joseph Anthony Harris
4404 Berkley St.
Harrisburg, PA 17109

Date: <u>May 8, 2026</u>

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com
