# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH ANTHONY HARRIS

CASE NO: 26-00512

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 5/18/2026, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/18/2026

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
717-766-5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOSEPH ANTHONY HARRIS

CASE NO: 26-00512

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/18/2026, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/18/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
1007 N. Front St. Suite 3 South
Harrisburg, PA  17102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-00512
MIDDLE DISTRICT OF PENNSYLVANIA
MON MAY 18 8-8-28 PST 2026

(U)LAKEVIEW LOAN SERVICING  LLC

(U)LVNV FUNDING  LLC CO RESURGENT CAPITAL SERV

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG  PA 17102-1104

06 PROGRESSIVE
PO BOX 55848
SHERMAN OAKS  CA 91413-0848

AFFIRM  INC
ATTN BANKRUPTCY
650 CALIFORNIA ST FL 12
SAN FRANCISCO  CA 94108-2716

AFFIRM  INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

BALBOA CAPITAL CORPORA
2010 MAIN ST
STE 1100
IRVINE  CA 92614-8250

(P)DEPARTMENT OF LABOR  INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

(P)CAINE  WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE  NC  28272-1083

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS  NV 89113-2273

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

FIRST FINANCIAL INVESTMENT FUND V  LLC
3091 GOVERNORS LAKE DRIVE SUITE 500
PEACHTREE CORNERS  GA 30071-1135

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KOALAFI
424 HULL STREET SUITE 600
RICHMOND  VA 23224-4114

KOALAFI
ATTN BANKRUPTCY
PO BOX 5518
GLEN ALLEN  VA 23058-5518

LAKEVIEW LOAN SERVICING  LLC
CO MT BANK
PO BOX 840
BUFFALO  NY 14240-0840

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

LVNV FUNDING LLC
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MEADOWBROOK RV  BOAT STORAGE
110 HERSHEY HEIGHTS RD
HANOVER  PA 17331-8817

OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT
16TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706-1010

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

SERVICE FINANCE A DIVISION OF TRUIST BANK
PO BOX 1847
WILSON NC 27894-1847

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

(P)US DEPARTMENT OF HOUSING URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

(P)U S DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION EASTERN REGION
P O BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044-0227

EXCLUDE

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

VERIZON
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

WELLS FARGO BANK NA
ATTN BANKRUPTCY
PO BOX 393
MINNEAPOLIS MN 55480-0393

EXCLUDE

WELLS FARGO JEWELRY ADVANTAGE
ATTN BANKRUPTCY
PO BOX 10438
DES MOINES IA 50306-0438

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

JOHN MATTHEW HYAMS
LAW OFFICES OF JOHN M HYAMS
1007 N FRONT STREET
SUITE 3 SOUTH
HARRISBURG PA 17102-3320

EXCLUDE

JOSEPH ANTHONY HARRIS
4404 BERKLEY ST
HARRISBURG PA 17109-4303