| | |
|---|---|
| IN RE:<br>Joseph Anthony Harris | Case No. 1:26-bk-00512-HWV<br>Chapter 13 |
| LVNV Funding, LLC c/o Resurgent Capital Services, LP,<br>        Movant | |
| vs. | |
| Joseph Anthony Harris,<br>        Debtor | |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 AMENDED PLAN

LVNV Funding, LLC c/o Resurgent Capital Services, LP ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Amended Plan* (Doc 12), and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on February 25, 2026.

2.      The Debtor filed a Chapter 13 Amended Plan (the "Amended Plan") on May 17, 2026 (Doc 22).

3.      Movant filed a Proof of Claim in this case on April 22, 2026 (Claim No. 19) which lists a total debt of $11,036.84.

4.      Movant objects to Debtor's proposed Chapter 13 Amended Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

5.      The Amended Plan is based on paying Movant $7,632.00.  Movant disputes that

the Property is only worth $7,632.00.

6.     The Amended Plan proposes to pay only 5.25% interest which Movant maintains is inadequate to assure that property distributed to Movant under the Amended Plan on account of its secured claim will have a value, as of the effective date of the Amended Plan, that is not less than the allowed amount of such claim.

7.     Movant objects to any Amended Plan which proposes to pay it anything less than $11,036.84 as the Total Debt over the life of the Amended Plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Amended Plan unless such Amended Plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/ Mario Hanyon*
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

IN RE:
Joseph Anthony Harris

Case No. 1:26-bk-00512-HWV
Chapter 13

LVNV Funding, LLC c/o Resurgent Capital
Services, LP,
     Movant

vs.

Joseph Anthony Harris,
     Debtor

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 AMENDED PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

John Matthew Hyams, Debtor's Attorney
Law Offices of John M. Hyams
1007 N. Front Street Suite 3 South
Harrisburg, PA 17102
jmh@johnhyamslaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102

Via First Class Mail:

Joseph Anthony Harris
4404 Berkley St.
Harrisburg, PA 17109


Date: <u>June 15, 2026</u>

<div style="margin-left:40%;">

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

</div>